ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 ... -7 P 4: 30

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MICHAEL TAYLOR,            *
                          *
        Plaintiff,         *
                          *
    v.                     *      CIVIL ACTION NO.
                          *      CV 314-006
UNITED STATES OF AMERICA,  *
                          *
        Defendant.         *

---

**O R D E R**

---

On June 18, 2014, this Court granted Defendant United States of America's motion to dismiss and closed the case. On July 3, 2014, Plaintiff Michael Taylor filed a motion seeking relief from judgment, which was denied on August 22, 2014, and a notice of appeal, which remains pending in the Eleventh Circuit Court of Appeals.

Presently, Plaintiff has filed a second motion for relief from judgment; a motion to correct facts asserted by Defendant is its opposition brief; a motion for "Criminal Charges, Arrest Warrants, Investigations, and Prosecution of F.B.I. Special Agent Vicent D. Dreaden, Judge Tim Leonard, and Judge Vicki Miles-LaGrange"; and a motion to treat the second motion for relief from judgment as an amended first motion for relief from judgment.

Upon careful review of the motions and Defendant's briefs in opposition, the Court concludes that the motions are wholly devoid of merit. Accordingly, the aforementioned four motions (doc. nos. 33, 37, 40 & 41) are **DENIED.**

**ORDER ENTERED** at Augusta, Georgia, this _7th_ day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE