ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**          2015 JAN 16  AM 9: 41
**DUBLIN DIVISION**

CLERK _CAdams_
SO. DIST. OF GA.

MICHAEL TAYLOR,                          *
                                         *
    Plaintiff,                           *
                                         *          CIVIL ACTION NO.
    v.                                   *          CV 314-006
                                         *
UNITED STATES OF AMERICA,                *
                                         *
    Defendant.                           *

---

**O R D E R**

---

On June 18, 2014, this Court granted Defendant United States of America's motion to dismiss and closed the case. Plaintiff Michael Taylor's appeal of the dismissal remains pending in the Eleventh Circuit Court of Appeals. Nevertheless, this Court has considered and denied five post-judgment motions filed by Plaintiff Michael Taylor.

The current motion is titled "Motion for Criminal Charges and Criminal Charges against Melissa S. Mundell and Dudley H. Bowen, Jr. for 18 U.S.C., section 4, Misprision of Felony, 18 U.S.C. section 3, Accessory After the Fact, Misprision of Treason, Treason." The motion is frivolous, baseless, and given the substance of the motion, vexatious. The motion (doc. no. 45) is therefore **DENIED.**

This Court will not tolerate any further unwarranted

filings in this case. Plaintiff has already filed two motions for relief from judgment; he has therefore sought post-judgment relief contemplated by the Federal Rules of Civil Procedure. Plaintiff simply refuses to accept the judgment of this Court. Now, the final disposition of the case rests with the Eleventh Circuit. This district court has passed upon and will not revisit the merits of the case unless and until directed by the Eleventh Circuit. Moreover, the Court is concerned about the increased provocation of his most recent filing. Accordingly, Plaintiff is hereby cautioned that if he continues to file frivolous, vexing motions in this matter, Plaintiff Michael Taylor will be subject to sanctions and a finding of contempt, including without limitation monetary sanctions and even a directive to refuse any future filings in the Clerk of Court's office. Finally, this Court will bring to bear all the weight of its authority upon Plaintiff Michael Taylor if he does anything that may be perceived as a threat to any United States court official including members of the court staff and of the United States Attorney's Office

**ORDER ENTERED** at Augusta, Georgia, this ___16th___ day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE